THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND E. FRITCHER, Appellant.— Time for argument enlarged to and including January term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of GEORGE R. GRAVES, an Attorney and Counselor at Law.— Motion for a rehearing denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES P. GLEASON, Respondent, v. GRACE B. O'NEILL and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MELLVERN RICHARDSON CARRIER, Appellant, v. BESSIE A. RICHARDSON, Individually and as Executrix, etc., of MERLE E. RICHARDSON, Deceased, Respondent, and Another, Defendant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRIETT ROSENTHAL, Appellant, v. CITY OF NIAGARA FALLS and Others, Respondents.— Appeal dismissed for failure of appellant to comply with terms of order entered September twenty-first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LOUIS ROSENTHAL, Appellant, v. CITY OF NIAGARA FALLS and Others, Respondents.— Appeal dismissed for failure of appellant to comply with terms of order entered September twenty-first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE TRIBUNE COMPANY, Respondent, v. DAVID A. HOAG, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NELSON V. HARDING, as Administrator, etc., of MELROSE HARDING, Deceased, Respondent, v. CHARLES SCHOEN and Another, Appellants. NELSON V. HARDING, Respondent, v. CHARLES SCHOEN and Another, Appellants. MAVALYN HARDING, an Infant, etc., v. CHARLES SCHOEN and Another, Appellants.— In each case, appeal dismissed unless appellants shall file and serve records and briefs by December tenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ELIZABETH McCARTHY, Appellant, v. SYRACUSE WASHING MACHINE CORPORATION, Respondent.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs by November thirteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROY O. SCOVILLE, Respondent, v. VILLAGE OF CAMDEN and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve printed papers and briefs by November eighteenth. Present — Sears, P. J., Crouch, Taylor and Thompson, JJ.

MICHAEL KAMMER and Another, Respondents, v. MATTHEW LUTZ and Another, Appellants.— Judgment affirmed, with costs. All concur, except Sears, P. J., and Thompson, J., who dissent and vote for reversal on the facts, on the ground that finding No. 11 contained in the decision is against the weight of the evidence and that the refusal to find defendants' proposed findings Nos. 10 and 12 is against the weight of the evidence. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.